IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM HENDERSON                                                          PLAINTIFF

v.                            No. 4:13CV00695 JLH

TEXAS DEPARTMENT OF CHILD
PROTECTIVE SERVICES; et al.                                     DEFENDANTS

## ORDER

The Court's attention has been directed to the fact that plaintiff, William Henderson, is presently proceeding *pro se*.

The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to so comply <u>can</u> result in dismissal of plaintiff's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the United States District Court Clerk for the Eastern District of Arkansas. Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 17th day of December, 2013.

                                                           */s/ J. Leon Holmes*
                                                           _____
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE