**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM HENDERSON, individually and as next friend of John Doe, a minor, age two; and John Doe, a minor, age ten months | PLAINTIFF |
| v.    NO. 4:13CV00695 JLH | |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, et al. | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 19th day of February, 2014.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE