**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WILLIAM HENDERSON, individually                                          PLAINTIFF
and as next friend of John Doe, a minor, age two;
and John Doe, a minor, age ten months

v.                                    NO. 4:13CV00695 JLH

TEXAS DEPARTMENT OF FAMILY AND
PROTECTIVE SERVICES, et al.                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 19th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE